FILED

LJ SEP - 1 AP > 3!



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Gerald Earnest Howe - #55745   80 1 90MISC

## ORDER TO SHOW CAUSE

It appearing that Gerald Earnest Howe has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Gerald Earnest Howe
Attorney at Law
1327 North Street
Fresno, CA 93721